**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 9 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LIZSELDA LOPEZ MARTINEZ; et al., | No. 18-70821 |
| Petitioners, | Agency Nos. A208-594-150 |
| v. | A208-594-151 |
| WILLIAM P. BARR, Attorney General, | A208-594-152 |
| Respondent. | MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 3, 2020[**]

Before: MURGUIA, CHRISTEN, and BADE, Circuit Judges.

Lizselda Lopez Martinez and her minor children, natives and citizens of

Mexico, petition for review of the Board of Immigration Appeals' order dismissing

their appeal from an immigration judge's decision denying their application for

asylum, withholding of removal, and relief under the Convention Against Torture

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

In their opening brief, petitioners do not challenge the agency's dispositive bases for denying their claims for asylum, withholding of removal, and relief under CAT. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived). Thus, we deny the petition for review as to their asylum, withholding of removal, and CAT claims.

We lack jurisdiction to consider petitioners' contentions regarding any newly proposed particular social group because they were not raised to the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004) (court lacks jurisdiction to review claims not presented to the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**